## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Balmuccino, LLC v. Starbucks Corporation    Docket No.: 25-2679

Lead Counsel of Record (name/firm) or Pro se Party (name): Joanna A. Diakos/K&L Gates LLP

Appearance for (party/designation): Defendant/Appellee Starbucks Corporation

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect. Please change the following parties' designations:
Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Joanna A. Diakos
Firm: K&L Gates LLP
Address: 599 Lexington Avenue, New York, New York 10022
Telephone: 212.536.4807    Fax: 212.536.3901
Email: joanna.diakoskordalis@klgates.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (✓) I applied for admission on November 14, 2025 _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/Joanna A. Diakos
Type or Print Name: Joanna A. Diakos

OR

Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted electronically as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Balmuccino, LLC v. Starbucks Corporation        Docket Number: 25-2679

**Personal Contact Information:**

Client 1:

Name:
Address:
Telephone:                                    Fax:
Email:

Client 2:

Name:
Address:
Telephone:                                    Fax:
Email:

Client 3:

Name:
Address:
Telephone:                                    Fax:
Email:

Client 4:

Name:
Address:
Telephone:                                    Fax:
Email:

Client 5:

Name:
Address:
Telephone:                                    Fax:
Email: